IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

S. CHARLES KELLY : CIVIL ACTION
:
v. :
: No. 09-2152
BOEING, INC. :

# ORDER

AND NOW, this 26th day of May, 2011, it is ordered as follows:

1. Defendant's "Motion to Enforce Settlement Agreement" (docket no. 27) is granted, and this action is dismissed with prejudice.

2. A charging lien is applied in favor of Gallagher, Schoenfeld, Surkin, Chupein & DeMis, P.C., upon one-third of the settlement amount for fees, plus ten thousand, three hundred sixty-six dollars and thirty-nine cents ($10,336.39) on account of advanced costs. Docket no. 29.[1]

A memorandum accompanies this order.

BY THE COURT:


/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.

---

[1] Plaintiff did not file any opposition to the request for a charging lien.